JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON ORDONEZ, | ) | Case No. CV 18-10515-JFW (JEM) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| DAVID BAUGHMAN, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: May 30, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE